1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Svetlana Dali
SSN: 7672; doB: 1967

REC'D NOV 2 0 2024

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Jimmy Morgan; FBI;
General Prosecutor of Philadelphia, State Police; Mahdi
Dali, Sofian Oumsalem

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Svetlana Dali
            Street Address  (2134 Emerson Street Philadelphia
            County, City    PA 19152) Registration
            State & Zip Code  for mails: 5314 Hawland Philadelphia PA 19124
            Telephone Number  646 498 5392

*Rev. 10/2009*

2

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  Jimmy Morgan
Street Address  an Information is closed.
County, City
State & Zip Code

Defendant No. 2
Name  FBI
Street Address
County, City
State & Zip Code

Defendant No. 3
Name  General Prosecutor of Philadelphia
Street Address
County, City
State & Zip Code

Defendant No. 4
Name  State Police
Street Address
County, City
State & Zip Code

Defendant N 5; N 6 is added on List N 1.

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions          Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  The Right of Life, State Protect, Protect my Health and my family, Liberty, Protect my Privethy information, mails, in Federal computers, in medical Reports, Medical Support.

Rev. 10/2009                    - 2 -

3 United States District Court
Eastern District of Pennsylvania

Plaintiff: Svetlana Dali  ssn: 7672; dob: 1967
TIN: 20-8535637
against: Jimmy Morgan; FBI;
General Prosecutor of Philadelphia,
State Police; Mahdi Dali; Sofian
Oumsalem;

Plaintiff: Svetlana Dali                Registration:
Street Address: (2134 Emerson St, Philadelphia PA 19152)
For mails: 5314 Howland Philadelphia PA
          19124    646 498 5392

Defendant N 5: Mahdi Dali
           1924 Benton Ave Philadelphia PA
           19152. — last address, that I know.

Defendant N 6: Sofian Oumsalem
           8302 Stairtop Ct, Columbia, MD 21045

H

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __PA_____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

C.  Facts: In January 2014 I was sold by Minister for Russian Federation Lavrov S. to my ex husband Mahdi Dali and his friend Sofian Ouonsalem for 20000 $US. Money sent Mahdi→Sofian→ his Boss→US Ambasador in Moskow. Mahdi told me that they bought me for a game. Owner of the Game Jimmy Morgan. I got a call in May 2014 in that a man told me that I was sold and since this moment I am slave, I have not a Civil Right for any Countries. In 2015 August this information was proved by Kaganovich ID; in 2019 Mitropolit Hilarion. In 2017 MDali Attacked me; 2018 I was abused by WAA; Police 7Dist; In 2018 USCIS sent me GCard but I didnt get it. I was poisoned after Court and tacked to Hospital; I was robered in Hospital, police rejected to make report. I was poisoned by some military

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

Rev. 10/2009                - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____


**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **20** day of **November**, 20**24**.

Signature of Plaintiff: Svetlana Dali
Mailing Address: 5314 Howland Philadelphia PA 19124
Telephone Number: 646 498 5392
Fax Number (if you have one):
E-mail Address: springlavanda@gmail.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number: _____